

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2019

No. 04-19-00226-CR

Jose Trinidad **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0458
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on July 29, 2019. *See* TEX. R. APP. P. 35.1. On August 9, 2019, court reporter David R. Zarate filed a notification of late record. He advised the court that he has been unable to complete the record because of the size of the record and his other duties. He estimates the size of the record to be 1,500 pages and requests an extension of time to file the record until October 11, 2019.

The reporter's request for an extension of time to file the reporter's record is GRANTED IN PART. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days). The reporter's record is due on August 28, 2019. *See id.*

If the reporter's record is not filed with this court by August 28, 2019, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the extended date. A preferred form for the status report, with an accompanying example, is attached to this order.



Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court